Vedder Price
1633 Broadway, 31st Floor
New York, New York 10019

T:  +1 212 407 7700
F:  +1 212 407 7799
vedder.com

**Application granted in part. The initial conference scheduled for May 13, 2026 is adjourned to May 20, 2026 at 10:00 a.m. to be held by telephone conference using the same dial-in instructions previously provided. The parties are reminded to complete and submit in accordance with Rule 2(B) of the Court's Individual Practices the Civil Case Discovery Plan and Scheduling Order at least one week before the initial conference.**

**The parties are further directed to file, by May 15, 2026 at 5:00 p.m., a letter advising the Court of the status of settlement.**

**The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 19.**

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        May 7, 2026

**Jonathan A. Wexler**
Shareholder
+1 (212) 407 7732
jwexler@vedder.com

May 6, 2026

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:  **Kathleen Ann Tolerico v. SavATree, LLC; Case No. 7:26-cv-01386 (PMH)**

Dear Judge Halpern:

We represent the defendant in the reference action. The parties hereby jointly request that the initial conference with your Honor scheduled for May 13, 2026 at 10:00 a.m. be adjourned.

The parties participated in a court-ordered mediation of this case on April 30, 2026 and are due to respond to a mediator's proposal for settlement by May 15, 2026. In light of the possibility that there may be a settlement in principle by then, the parties respectfully request that the conference, along with the attendant requirement that the parties file a Civil Case Discovery Plan today, be adjourned *sine die* pending the outcome of the mediation.

Thank you for your attention to this matter.

Respectfully,

Jonathan A. Wexler

JAW/ema
cc:    Alexander Levy, Esq. (by ECF)

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

Chicago | Dallas | London | Los Angeles | Miami | New York | San Francisco | Singapore | Washington, DC
VP/#99262175.1